# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:23-cv-02557-AT

**Outreach for Animals, Inc. et al v. Noah's Ark Animal Rehabilitation Center & Sanctuary, Inc. et al**

**Honorable Amy Totenberg**

Minute Sheet for proceedings held In Open Court on 12/04/2024.

TIME COURT COMMENCED: 10:45 A.M.
TIME COURT CONCLUDED: 12:20 P.M.
TIME IN COURT: 1:35
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: 1 CSO
DEPUTY CLERK: Keri Gardner

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Kirsten Daughdril representing Glenn Ross<br>Kirsten Daughdril representing Michelle Lakly<br>Christopher Marquardt representing Noah's Ark Animal Rehabilitation Center & Sanctuary, Inc.<br>Richard Dow Schrade representing Outreach for Animals, Inc.<br>Richard Dow Schrade representing Karen Thomas<br>Leigh Shapiro representing Noah's Ark Animal Rehabilitation Center & Sanctuary, Inc. |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Oral Argument re Motions to Dismiss (Docs. 28, 30, and 31). See transcript. |
| HEARING STATUS: | Hearing Concluded |