# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| OUTREACH FOR ANIMALS, INC<br>and KAREN THOMAS,<br><br>Plaintiffs,<br><br>vs.<br><br>NOAH'S ARK ANIMAL<br>REHABILITATION CENTER AND<br>SANCTUARY, INC. and GLENN<br>ROSS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No.:  1:23-CV-02557-JKL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Local Rule 41.1, Plaintiff Outreach for Animals, Inc., Plaintiff and Counterclaim-Defendant Karen Thomas, Defendant and Counterclaim-Plaintiff Noah's Ark Animal Rehabilitation Center and Sanctuary, Inc., and Defendant Glenn Ross hereby stipulate that this action and all claims, counterclaims, and defenses asserted therein are dismissed with prejudice. All parties agree to pay their own costs and fees.

[signatures on following page]

1

LEGAL02/48120981v1

Stipulated and consented to this 25th day of March, 2026.

| | |
|---|---|
| *s/ Richard D.C. Schrade*<br>Richard D.C. Schrade Jr.<br>Georgia Bar No. 629779<br>richard@schradelaw.com<br><br>Office of Richard D.C. Schrade Jr.<br>146 Atlanta Street<br>McDonough, Georgia 30253<br>Tel:  (770) 898-2723<br>Fax:  (770) 898-2963<br><br>*Attorney for Plaintiffs Outreach for Animals, Inc and Karen Thomas* | *s/ Christopher C. Marquardt*<br>Christopher C. Marquardt<br>Georgia Bar No. 471150<br>chris.marquardt@alston.com<br>Leigh R. Shapiro<br>Georgia Bar No. 408330<br>leigh.shapiro@alston.com<br><br>**ALSTON & BIRD LLP**<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br>Tel:  (404) 881-7000<br>Fax:  (404) 881-7777<br><br>*Attorneys for Defendant Noah's Ark* |
| | *s/ J. Paul Mitchell*<br>J. Paul Mitchell<br>Georgia Bar No. 772142<br>paul.mitchell@fmglaw.com<br>Kirsten S. Daughdril<br>Georgia Bar No. 633350<br>kirsten.daughdril@fmglaw.com<br><br>**FREEMAN MATHIS AND GARY, LLP**<br>100 Galleria Parkway, Suite 1600<br>Atlanta, Georgia 30339-5948<br>Tel:  (404) 818-0000<br><br>*Attorneys for Defendant Glenn Ross* |

2

LEGAL02/48120981v1